**Via E-Filing**
United States District Judge Jeffrey V. Brown
United States District Court for the Southern District of Texas, Galveston Division

Re: Plaintiff's Motion for Partial Summary Judgment Continuance (Dkt 28), filed July 14, 2023, *Ben E. Harris v. Ascend Performance Materials Texas Inc*., Cause No. 3:22-cv-178

Dear Honorable Judge Brown:

This is a joint letter request to continue Plaintiff's Motion for Partial Summary Judgment (Dkt 28) to allow Defendant Ascend Performance Materials Texas, Inc. to file a cross-motion on the issue of workers compensation exclusivity. The continuance is sought for judicial economy in resolving disputed issues of law. The court's consideration of the cross-motions jointly will preserve judicial resources and allow for an efficient resolution of the dispute.

The parties request the court grant Defendant Ascend a continuance until August 28, 2023 to respond to file its cross-motion for Partial Summary Judgment and respond to Plaintiff's Motion for Partial Summary Judgment on worker's compensation exclusivity.

Respectfully submitted by:

| | |
|---|---|
| */s/ Savannah Robinson* | */s/ Rachel Powitzky Steely* |
| Savannah Robinson | Rachel Powitzky Steely |
| | Taylor Appling |
| LAW OFC OF SAVANNAH ROBINSON | FOLEY & LARDNER LLP |
| 1822 Main | 1000 Louisiana St., Suite 2000 |
| Danbury, TX  77534 | Houston, TX  77002-5007 |
| 979-922-8825 | FAX: 713-276-5555 |
| savannah@savannah-robinson.com | rsteely@foley.com |
| ATTORNEYS FOR PLAINTIFF | tappling@foley.com |
| | ATTORNEYS FOR DEFENDANT |

4865-5846-4370.1