Case 3:22-cv-00178   Document 58   Filed on 01/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| BEN E. HARRIS, | § |
| Plaintiff, | § |
| VS. | §    3:22-cv-178 |
| ASCEND PERFORMANCE MATERIALS TX, INC., | § |
| Defendant. | § |

## ORDER

Pursuant to the court's memorandum opinions, Dkts. 56, 57, entered in this case granting the defendant's motions for summary judgment, Dkts. 33, 44, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 23d day of January, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE